**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | CASE NO. 9:19-CR-45 |
| | § | |
| v. | § | |
| | § | |
| TRAVIS LANE FAVRO, | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| *Defendant*. | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Judge's Report, the record, pleadings and all available evidence.

At the close of the revocation hearing, Judge Zack Hawthorn recommended:

1. finding the Defendant violated the special conditions listed in Allegation 3 (failure to take prescribed mental health medication without consulting treating physician) and Allegation 4 (failure to avoid communication with Leesa Gillespie)[1];

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the defendant to a term of 13 months' imprisonment, which shall include 180 days' unserved community confinement (converted to an equivalent term of imprisonment), to be served at the Federal Medical Center in Fort Worth if the Bureau of Prisons can accommodate such request, with 18 months' supervised release to follow. The court adopts the magistrate judge's findings for the imposition of the same standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced.

---

[1] The Petition refers to the individual whom Favro was prohibited from contacting interchangeably as "Leesa Gillespie" and "Leesa Glaspie." For consistency, the Court refers to her as "Leesa Gillespie."

At the close of the revocation hearing, the Defendant, defense counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Travis Lane Favro's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED this 7th day of October, 2026.**

Michael J. Truncale
United States District Judge